JUL 16 2024 AM 11:37
FILED-USDC-CT-HARTFORD

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>    *Plaintiff/Relator*,<br><br>v.<br><br>SILVER HILL HOSPITAL, INC.,<br><br>    *Defendant.* | Case No. _____ |

**SEALED MOTION TO FILE IN CAMERA AND SEAL COMPLAINT**

1

Pursuant to Local Rule 5 and the mandatory requirements of the False Claims Act, 31 U.S.C. § 3730(b)(2), Plaintiff, Verity Investigations LLC ("Relator"), files this *Ex Parte* Motion to file the Complaint (and Civil Cover Sheet) in this action under seal.

The Complaint in this *qui tam* action asserts violations of the False Claims Act ("FCA"), 31 U.S.C. §3729. The FCA mandates that the Complaint be filed under seal. 31 U.S.C. §3730(b)(2). That section of the statute provides: "The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2).

For the foregoing reasons, Relator requests that the Court grant this Motion and issue an Order requiring that the Complaint and its accompanying documents, along with this motion, be filed under seal.

Date: July 15, 2024                    Respectfully submitted,

Nate Baber (CT29046)
**AETON LAW PARTNERS, LLP**
311 Centerpoint Drive
Middletown, CT 06457
Telephone: (860) 724-2170
Facsimile: (860) 724-2161
nate@aetonlaw.com

Stephen Shackelford (*to seek pro hac vice*)
Steven M. Shepard (*to seek pro hac vice*)
Alicia Lai (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
alai@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

2